IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

GENE WINDHAM and
LILLIE MAE WINDHAM,

    Plaintiffs,

VS.           CASE NUMBER CV-2007-01

HUDDLE HOUSE, INC.,
GWYNNE STRAUGHN, et al.,

    Defendants.

FILED IN OFFICE

JAN 2 2008

_____ CLERK

## NOTICE OF REMOVAL

TO:  Hon. Roger A. Powell, Clerk       Thomas B. Albritton
      Circuit Court of Covington County   Albrittons, Clifton, Alverson, Moody &
      1-K Court Square                 Bowden
      Andalusia, Alabama 36420         109 Opp Avenue
                                      Post Office Drawer 880
                                      Andalusia, AL 36420

      PLEASE TAKE NOTICE that on January 2, 2008, at Montgomery, Alabama, Huddle House, Inc., defendant in the above-styled cause, filed in the United States District Court for the Middle District of Alabama, Northern Division, a petition to remove the above cause to the United States District Court for the Middle District of Alabama, Northern Division, from the Circuit Court of Covington County, Alabama. A true and correct copy of the petition filed in the said cause is attached hereto.
      This notice is given you in accordance with the provisions of Title 28, Section 1446(a), USC.

                                        Respectfully submitted,

                                        JOHN M PEEK, P. C.

                                        By: _____
                                        John M Peek
                                        416 S. Three Notch Street
                                        Andalusia, Alabama 36420
                                        334/427-8082
                                        Attorney for Defendant Huddle House, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the above and foregoing on all counsel of record for the parties by placing a copy of same in the United States mail, postage prepaid and addressed to their regular mailing address as follows:

Thomas B. Albritton
Albrittons, Clifton, Alverson, Moody & Bowden
109 Opp Avenue
Post Office Drawer 880
Andalusia, AL 36420

January 2, 2008.

_____
John M Peek