## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 7, 2008

## NOTICE OF DEFICIENCY
## REGARDING CORPORATE/
## CONFLICT STATEMENT

**To:     Gene Windham**
**From:   Clerk's Office**

**Case Style: Gene Windham vs. Huddle House, Inc., et al**

**Case Number:   2:08cv0007-MHT**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**<span style="color:red">No corporate/conflict disclosure statement has been filed by you in this action.</span>**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Civil Misc. No 00-3047

**ORDER**

**CONFLICT DISCLOSURE STATEMENT**

In compliance with Fed. R. App. P. 26.1, Fed. R. Bankr. P. 1007(a)(1) and 7007.1, Fed R. Civ. P. 7.1, and Fed. R. Crim. P. 12.4, and other considerations which require judges to avoid conflicts of interest with unnamed corporations, partnerships, limited liability entities, joint ventures, trust entities, and other entities which may be related to parties to actions in this court, it is

ORDERED that this court's order (Civ. Misc. No. 00-3047) (Doc. # 2) entered February 16, 2007, is hereby VACATED.  It is further ORDERED as follows:

1.  All parties (including individuals and governmental entities) shall file a statement identifying all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities that could potentially pose a financial or professional conflict for a judge. The statement shall be filed with a party's first appearance.  If there are no reportable relationships, that fact shall be certified in the filing.

2.  In addition to this requirement which applies to all cases, all bankruptcy appeals shall be accompanied by a statement identifying the debtor, the members of creditors' committee, any entity which is an active participant in the proceedings, and other entities whose stock or equity value may be substantially affected by the outcome of the proceedings.

3.  It is the responsibility of each party to a case to file a supplemental disclosure statement if, during the pendency of the case, additional reportable entities develop that would have been reportable initially.

4. This rule shall become effective on the date of filing, and shall apply to all cases pending in this court after that date.

DONE this 12<u>th</u> day of <u>June</u>, 2007

<div style="margin-left:45%">

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE


/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE


/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

</div>

**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry.  The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT** A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| _____, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> _____, ) <br> ) <br>    Defendants, ) | CASE NO. _____ |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _____, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐　This party is an individual, or

☐　This party is a governmental entity, or

☐　There are no entities to be reported, or

☐　The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____     _____

_____     _____

_____     _____

_____     _____

_____
Date

Signature _____
Counsel

_____
Counsel for (print names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

Also requires a certificate of Service