IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

GENE WINDHAM and LILLIE MAE WINDHAM,

    Plaintiffs,

VS.                    CASE NUMBER 2:08CV007-MHT

HUDDLE HOUSE, INC., GWYNNE STRAUGHN, et al.,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HUDDLE HOUSE, INC.

Comes now the defendant Huddle House, Inc., and discloses as follows:

Defendant's correct name is Huddle House, Inc. Huddle House, Inc. has a parent corporation, Griddle Holdings, Inc. More than 10% of the shares of Griddle Holdings, Inc. are owned by Allied Capital Corporation.

                JOHN M PEEK, P. C.

                By _____
                John M Peek
                416 South Three Notch Street
                Andalusia, Alabama 36420
                334/427-8082
                johnpeek@alabamalawyer.net
                Attorney for Defendant Huddle House, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the above and foregoing on all counsel of record for the parties by placing a copy of same in the United States mail, postage prepaid and addressed to their regular mailing address as follows:

Thomas B. Albritton
Albrittons, Clifton, Alverson, Moody & Bowden
109 Opp Avenue
Post Office Drawer 880
Andalusia, AL 36420

January 9, 2008.

_/s/ John M Peek_
John M Peek