IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GENE WINDHAM, an              )
individual, and LILLIE MAE    )
WINDHAM, an individual,       )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )     2:08cv007-MHT
                              )
HUDDLE HOUSE, INC., a         )
foreign corporation, and      )
GWYNNE STRAUGHN, an           )
individual,                   )
                              )
     Defendants.              )
```

ORDER

Defendant Huddle House, Inc., having stated in its notice of removal (Doc. No. 1) that defendant Gwynne Straughn was fraudulently joined, it is ORDERED that plaintiffs show cause, if any there be, in writing by January 25, 2008, as to why defendant Gwynne Straughn should not be dismissed as fraudulently joined.

DONE, this the 9th day of January, 2008.

                           /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE