IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GENE WINDHAM, an individual, and LILLIE MAE WINDHAM, an individual, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HUDDLE HOUSE, INC., a foreign corporation, and GWYNNE STRAUGHN, an individual, )<br>)<br>)<br>)<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:08cv007-MHT |

**ORDER**

Pursuant to the order entered by the state judge on March 21, 2007 (Doc. No. 1), it is ORDERED that the motion to dismiss and alternative motion for more definite statement (Doc. No. 1) are granted to the extent that plaintiffs are allowed until January 25, 2008, to file an amended complaint with a more definite statement.

DONE, this the 9th day of January, 2008.

                                   /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE