IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern _____ DIVISION

Gene Windham, Lillie Mae Windham
_____ ,  )
                                      )
                                      )
        Plaintiff,                    )
                                      )
                                      )
v.                                    )  CASE NO. 2:08cv007 _____
                                      )
Huddle House, Inc., Gwynne Straughn, et al )
_____ ,  )
                                      )
        Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Gene Windham_____ , a  Plaintiff              in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

[✓]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                    _____

_____                    _____

_____                    _____


_____1/15/08_____                          _____[signature]_____
      Date                                 (Signature)

                                           _Thomas  B.  Albritton_
                                           (Counsel's Name)
                                           _Gene Windham, Lillie Mae Windham_
                                           Counsel for (print names of all parties)
                                           _P.O. Box 880_
                                           _Andalusia, AL 36420_
                                           Address, City, State Zip Code
                                           _334.222-3177_
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Thomas B. Albritton _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic service _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 15th day of January 20 08 to:

John M. Peek _____

416 South Three Notch Street _____

Andalusia, AL 36420 _____

_____

_____

_____

1/15/2008 _____          _____
Date                                          Signature