IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___southern_____ DIVISION

Gene Windham, Lillie Mae Windham )
_____, )
)
    Plaintiff, )
)
v. )  CASE NO. __2:08cv007_____
)
Huddle House, Inc., et al )
_____, )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Lillie Mae Windham__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | This is a deceased individual _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__1/16/2008__       /s/Thomas B. Albritton
Date       (Signature)

Thomas B. Albritton
(Counsel's Name)

Lillie Mae Windham
Counsel for (print names of all parties)

P.O. Box 880
Andalusia, AL 36420
Address, City, State Zip Code

334-222-3177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

## CERTIFICATE OF SERVICE

I, Thomas B. Albritton, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic service (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of January 2008, to:

John M. Peek

416 South Three Notch Street

Andalusia, AL 36420

1/16/2008
Date

/s/Thomas B. Albritton
Signature