IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| GENE WINDHAM, an individual, and LILLIE MAE WINDHAM, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:08cv007-MHT |
| HUDDLE HOUSE, INC., a foreign corporation, and GWYNNE STRAUGHN, an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

It is ORDERED that the motion for substitution of parties (Doc. No. 17), is set for submission, without oral argument, on February 1, 2008, with all briefs due by said date.

DONE, this the 25th day of January, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE