IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GENE WINDHAM, an individual, and LILLIE MAE WINDHAM, an individual,   )<br>)<br>)<br>)<br>    Plaintiffs,   )<br>)<br>    v.   )<br>)<br>HUDDLE HOUSE, INC., a foreign corporation, and GWYNNE STRAUGHN, an individual,   )<br>)<br>)<br>)<br>)<br>)<br>    Defendants.   ) | CIVIL ACTION NO.<br>2:08cv007-MHT |

### ORDER

It is ORDERED that the motion to remand (Doc. No. 15) is set for submission, without oral argument, on February 1, 2008, with all briefs due by said date.

DONE, this the 25th day of January, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**