IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GENE WINDHAM, an              )
individual, and LILLIE MAE    )
WINDHAM, an individual,       )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:08cv007-MHT
                              )
HUDDLE HOUSE, INC., a         )
foreign corporation, and      )
GWYNNE STRAUGHN, an           )
individual,                   )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that the motion to dismiss (Doc. No. 22) is set for submission, without oral argument, on February 15, 2008, with all briefs due by said date.

DONE, this the 4th day of February, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE