IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


GENE WINDHAM, an          )
individual, and LILLIE MAE  )
WINDHAM, an individual,     )
                             )
    Plaintiffs,         )
                             )      CIVIL ACTION NO.
    v.                )       2:08cv007-MHT
                             )
HUDDLE HOUSE, INC.,      )
a foreign corporation,    )
et al.,               )
                             )
    Defendants.        )

ORDER

On January 22, 2008, the plaintiffs filed an amended

complaint (Doc. No. 14) pursuant to this court's order of

January 9, 2008 (Doc. No. 10).  With the amended

complaint, plaintiffs added two new defendants: Francis

Sasser and Wyatt Sasser.  Because it appears that the

plaintiffs and the two new defendants are all citizens of

Alabama, the court is concerned whether it has diversity-

of-citizenship jurisdiction, 28 U.S.C. § 1332, the basis

on which this case was removed from state court to federal court.  28 U.S.C. § 1441.

Accordingly, it is ORDERED that the parties show cause, if any there be, in writing by February 19, 2008, as to why this lawsuit should not be remanded to state court because of lack of subject-matter jurisdiction.

DONE, this the 13th day of February, 2008.


　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE