IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GENE WINDHAM, an              )
individual, and LILLIE MAE    )
WINDHAM, an individual,       )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:08cv007-MHT
                              )
HUDDLE HOUSE, INC.,           )
a foreign corporation,        )
et al.,                       )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by February 19, 2008, as to why this lawsuit should not be dismissed without prejudice for want of prosecution because the parties failed within the time allowed to file a Rule 26(f) report as required by the order entered on January 9, 2008 (Doc. No. 7).

DONE, this the 14th day of February, 2008.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE