IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GENE WINDHAM, individually, and** ) | |
| as the personal representative of the ) | |
| Estate of  LILLIE MAE WINDHAM, ) | |
| deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:08CV007 |
| ) | |
| **HUDDLE HOUSE, INC., a foreign** ) | |
| **corporation; HUDDLE HOUSE #389 &** ) | |
| **482, a domestic corporation; GWYNNE** ) | |
| **STRAUGHN, an individual; FRANCIS and** ) | |
| **WYATT SASSER, individuals,** ) | |
| ) | |
| Defendants. ) | |

**OPPOSITION TO MOTION TO DISMISS**

COMES NOW the Plaintiff, and in Opposition to the Motion to Dismiss filed by the Defendant Huddle House, says as follows:

1. Federal Rules of Civil Procedure, Rule 4(m), provides that upon motion, the Court shall dismiss the unserved party "*without prejudice*...**or** *direct* that *service* be perfected within a specified time..." (emphasis added);

2. The Plaintiff has filed summons with the Clerk of Court requesting service on all unserved Defendants, although service has not been perfected yet;

3. Moreover, the Plaintiff has Moved to Remand this action to the Circuit Court of Covington County, Alabama.  Upon remand of this action, consideration of the Defendant's Motion to Dismiss is pretermitted by the Court's determination that it does not have jurisdiction. University of S. Ala. v. American Tobacco Co., 168 F.3d 405 (11th Cir. 1999); Adams v. Charter

Communications, VII, LLC, 356 F. Supp. 2d 1268 (M.D. Ala. 2005).

WHEREFORE, for the above reasons, the Plaintiff requests this Court to deny the Plaintiff's Motion to Dismiss. In the alternative, however, the Plaintiff requests that this Court withhold a ruling on the Motion to Dismiss until such time as the Court has ruled on the Motion to Remand; and if the Court Orders the case remanded, to remand the Motion to Dismiss to state court, as well.

/s/Thomas B. Albritton
Thomas B. Albritton (ALB009)
Attorney for Plaintiff

OF COUNSEL:

ALBRITTONS, CLIFTON,
ALVERSON, MOODY & BOWDEN, P.C.
109 Opp Ave.
Andalusia, AL 36420
(334)-222-3177
(334)-222-2696

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by electronic service if registered, and if not, by regular U.S. Mail, postage prepaid and addressed as follows, on this, the 15th day of February, 2008:

Mr. John M. Peek
416 South Three Notch Street
Andalusia, AL 36420

/s/Thomas B. Albritton
Of Counsel