IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GENE WINDHAM, an                )
individual, and LILLIE MAE      )
WINDHAM, an individual,         )
                                )
     Plaintiffs,                )
                                )       CIVIL ACTION NO.
     v.                         )        2:08cv007-MHT
                                )
HUDDLE HOUSE, INC.,             )
a foreign corporation,          )
et al.,                         )
                                )
     Defendants.                )

ORDER

It appearing from the Rule 26(f) report (Doc. No. 29)

and the show-cause response (Doc. No. 30) that the

defendants and their counsel may be in civil contempt of

the court for failing to comply with the order of the

court entered on January 9, 2008 (Doc. No. 7), it is

ORDERED that defendants and their counsel show cause, if

any there be, in writing by February 27, 2008, as to why

they should not be cited for civil contempt and

sanctioned for their failure to comply with the order entered on January 9, 2008 (Doc. No. 7).

DONE, this the 20th day of February, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE