## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Francis Sasser
28017 Babbie Road
Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Shirley Langford*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Shirley Langford
C. Date of Delivery: 2-20-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

08CV7   11:14

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0004 8537 8450

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wyatt Sasser
28017 Babbie Road
Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Shirley Langford*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Shirley Langford
C. Date of Delivery: 2-20-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

08CV7   11:14

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0004 8537 8443

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540