IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GENE WINDHAM, an individual, and LILLIE MAE WINDHAM, an individual,   )<br>)<br>)<br>)<br>    Plaintiffs,   )<br>)<br>    v.   )<br>)<br>HUDDLE HOUSE, INC.,   )<br>a foreign corporation,   )<br>et al.,   )<br>)<br>    Defendants.   ) | CIVIL ACTION NO.<br>2:08cv007-MHT |

**ORDER**

In light of the responses (Doc. Nos. 34 & 37), it is ORDERED that the civil-contempt show-cause order (Doc. No. 33) is vacated.

DONE, this the 28th day of February, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**